**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7021**

CHRISTOPHER SHAWN FRIONE,

Plaintiff - Appellant,

v.

SERGEANT BEST; CORRECTIONAL OFFICER HOWELL; CORRECTIONAL OFFICER CARMON; CORRECTIONAL OFFICER EDWARDS; CORRECTIONAL OFFICER JACKSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-ct-03125-M)

Submitted:  March 28, 2024                            Decided:  April 2, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Shawn Frione, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Shawn Frione appeals the district court's order denying his motion for spoilation sanctions and the order denying his motion for injunctive relief and granting summary judgment to Defendants in his 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *Frione v. Best,* No. 5:21-ct-03125-M (E.D.N.C. Jan. 3, 2023; Sept. 28, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*